# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| **GREGORY BENGTSON**, Individually and For Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>**SYNERGY INSPECTIONS, LLC**,<br>    Defendant. | Case No. 20-cv-575<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Gregory Bengtson ("Bengtson") gives Notice of Dismissal of his allegations in the present litigation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This lawsuit was filed on April 21, 2020, and Synergy Inspections, LLC has not answered or filed a motion for summary judgment. This dismissal therefore takes effect upon its filing, without further action of the Court. FED. R. CIV. P. 41(a)(1)(A). This dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Dated: May 4, 2020.

DATE: MAY 5, 2020

SO ORDERED:
s/ David S. Cercone
Senior U.S. District Judge

Respectfully submitted,

By: */s/ Michael A. Josephson*
  **Michael A. Josephson**
  Texas Bar No. 24014780
  **Andrew W. Dunlap**
  Texas Bar No. 24078444
  **Carl A. Fitz**
  Texas Bar No. 24105863
  **JOSEPHSON DUNLAP LLP**
  11 Greenway Plaza, Suite 3050
  Houston, Texas 77046
  713-352-1100 – Telephone
  713-352-3300 – Facsimile
  mjosephson@mybackwages.com
  adunlap@mybackwages.com
  cfitz@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 4th day of May, 2020.

*/s/ Michael A. Josephson*
Michael A. Josephson